IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| THOMAS PATE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-cv-531 |
| ) | |
| UNITED PARCEL SERVICE, INC., and ) | |
| UNITED PARCEL SERVICE, CO., ) | |
| ) | |
| Defendants. ) | |

## CORRECTION TO MEMORANDUM OPINION

It has come to the court's attention that this court, in its previously entered Memorandum Opinion [doc. 23], incorrectly described the plaintiff's bankruptcy case as having been "dismissed," when it was actually "closed." Therefore, it is hereby **ORDERED** that the Memorandum Opinion is **CORRECTED** to reflect this change.

ENTER:

        *s/ Leon Jordan*
United States District Judge